**LAW OFFICES**
**LAZZARO LAW FIRM, P.C.**
360 COURT STREET
SUITE 3
BROOKLYN, NEW YORK 11231

TELEPHONE:   (718)   488-1900
TELECOPIER:  (718)   488-1927
EMAIL:LAZZAROLAW@AOL.COM

LANCE LAZZARO

RANDALL LAZZARO *

―――――――――――

JAMES KILDUFF *

JAMES KIRSHNER

ROGER GREENBERG

\* ADMITTED IN NY & NJ

September 6, 2024

Honorable Angel Kelley
United States District Court Judge
District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

**Re:**  **United States v. Yanbing Chen, No.: 22-cr-10279-AK**
**Letter Requesting to Appear by Video for Rule 11 Hearing**

Dear Judge Kelley:

As this Court is aware, I represent Yanbing Chen with regard to the above-referenced case which will be scheduled for a Rule 11 Hearing in person before your Honor on September 12th, 2024, or September 17th, 2024. I am submitting this letter prior to scheduling to respectfully request that your Honor allow Mr. Chen and I to appear by video in my office located in Brooklyn, New York. The reason for this request is that I have been suffering from inflammatory arthritis and am unable to withstand travelling long distances. My office has been in touch with AUSA Christopher Pohl, and he defers his position to the court. Thank you for your attention herein. If you have any questions, please do not hesitate to contact me.

Very Truly Yours,

Lance Lazzaro

BY: _____

LANCE LAZZARO, Esq.

CC.:  AUSA Christopher Pohl by ECF and via e-mail