**LAW OFFICES**
**LAZZARO LAW FIRM, P.C.**
360 COURT STREET
SUITE 3
BROOKLYN, NEW YORK 11231

TELEPHONE:   (718)   488-1900
TELECOPIER:  (718)   488-1927
EMAIL:LAZZAROLAW@AOL.COM

LANCE LAZZARO

RANDALL LAZZARO *
_____

JAMES KILDUFF *
JAMES KIRSHNER

ROGER GREENBERG

* ADMITTED IN NY & NJ

September 18, 2024

Honorable Angel Kelley
United States District Court Judge
District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Re:   <u>United States v. Yanbing Chen</u>, No.: 22-cr-10279-AK
      **Letter Motion to Adjourn Appearance for Alternate Counsel to Appear**

Dear Judge Kelley:

      As this Court is aware, I represent Yanbing Chen with regard to the above-referenced case which is scheduled for a Rule 11 Hearing in person before your Honor on September 20th, 2024. I am writing to request an adjournment of this appearance to a date in October so that Attorney Desmond Fitzgerald, who is based in Boston, can appear on my behalf. The reason for this request is that I have been in pain this week from my inflammatory arthritis and would like to avoid travelling long distances. My office has been in touch with AUSA Christopher Pohl, and he consents to the request. Attorney Fitzgerald has informed me that he is available at the following dates and times:

October 3, 2024, in the morning and afternoon;
October 9, 2024, in the morning;
October 12, 2024, morning and afternoon

      Thank you for your attention herein. If you have any questions, please do not hesitate to contact me.

Very Truly Yours,
Lance Lazzaro

BY: _____

CC.:    AUSA Christopher Pohl by ECF and via e-mail            LANCE LAZZARO, Esq.