STEPHEN P. SCARING, P.C.

ATTORNEYS AT LAW
SUITE 501

STEPHEN P. SCARING          666 OLD COUNTRY ROAD         sscaring@scaringlaw.com
~OF COUNSEL~            GARDEN CITY, NY 11530-2005
MATTHEW W. BRISSENDEN               --
SUSAN SCARING CARMEN             516-683-8500
                             --
                        FAX
                    516-683-8410

February 3, 2026

**Via ECF**

The Honorable Angel Kelley
United States District Judge
United States District Court for the District of Massachusetts
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, MA 02210

**LEAVE TO FILE REDACTED SENTENCING SUBMISSION
GRANTED ON FEBRUARY 3, 2026**

Re:    *United States v. Jin Hua Zhang*: 22 CR 10279

Dear Judge Kelley,

      This office represents the Defendant Jin Hua Zhang, who is scheduled to appear for sentencing on February 12th, 2026. In September of 2023, Mr. Zhang pled guilty to Counts One and Two of the Superseding Indictment, charging money laundering conspiracy and conspiracy to possess MDMA and 5 kilograms or more of cocaine with intent to distribute. Since that time, he has been cooperating with prosecutors in both the District of Massachusetts and the Eastern District of New York.

      On December 30, 2025, Probation issued its Presentence Investigation Report in this matter. Probation calculates a Total Offense Level of 35 and a Criminal History Category of I, resulting in an advisory Guidelines range of 168 to 210 months. We have reviewed the pre-sentence report with Mr. Zhang and we have no objections.

      Notwithstanding the advisory Guidelines, we are respectfully asking this Court to impose a sentence of time served, based upon the substantial and extraordinary assistance which Mr. Zhang has rendered to the Government.

1

## The Defendant's Background

Jin Hua Zhang was born in Fujan China in 1987.  The Defendant's father was employed hauling refuse from a granite mine, while his mother stayed home to care for Jin and his brother. While Jin was raised in a home free from abuse or neglect, his father struggled with a gambling problem that placed a considerable financial strain on the family; Jin describes his mother bringing home expired and rotting produce so that her children could eat fruit.

The Defendant graduated from high school at age 16 and immediately began working. Even at a young age, Jin was constantly looking for new opportunities and learning new skills to support his family.  By the time he was twenty years old, he had trained as an auto mechanic, had worked in cell phone repair, and had been employed at the local mine – hot and difficult work.  It was during this time that Jin began to date Qiu Xiang Huang ("Fiona"), the woman who would later become his life-partner.

In the summer of 2006, Jin came to the United States in search of opportunity.  He initially found work as a busboy at a Chinese restaurant.  Over the next two years, Jin went wherever this work took him – constantly searching for better paying jobs which would permit him to save money and support his family.  During this time, he worked at restaurants all over the eastern United States, including Connecticut, upstate New York, Pennsylvania, New Jersey, Michigan, North Carolina, and Georgia.

By 2008, he had saved up enough money to start his own small business.  Jin had observed that the nail salon industry was booming in New York City, and so once again he took it upon himself to learn a new skill, studying as an apprentice to become a licensed pedicurist and manicurist.  After training for over a year, Jin opened his first nail salon on Staten Island.  Around that time, Fiona joined him here in the United States.

Jin's business did well, and in the decade that followed, he was able to open two additional locations in Queens and in upstate New York.  He worked incredibly hard to make these businesses succeed, constantly traveling from location to location in order to keep operations running smoothly.  In the meantime, Jin and Fiona moved in together and welcomed two children into the world – their daughter Isabella was born in 2013, followed by their son Jackson, born two years later.  For a time, it seemed that the young family was living the American dream.

But when COVID-19 struck in the spring of 2020, the business that Jin had worked so hard to build collapsed; income stopped coming in and debts began to accrue.  One by one, Jin's businesses failed.  At first, he stayed home with his family, living off their savings.  But after some time, it became clear that this was not a viable option, and Jin began to cast about for new ways to make money.

<u>Offense Conduct</u>

Jin's introduction to the world of currency transfer began gradually and innocently enough. He started out by buying and selling digital credits that could be used in video games on the Chinese WeChat platform; his customer base tended to be Chinese teenagers. From there, he expanded his involvement into a Chinese form of "hawala." With much of the banking system shut down during COVID, Jin was able to facilitate the transfer of currency between China and the United States, acting as a middleman between people who were seeking to remit money to family members in China and individuals seeking to transfer funds into the United States.

As Jin became increasing familiar with this business, he was introduced to a number of his co-defendants ███████████████████████████████████████████████████ ███████████████████ Thereafter, his activity started to veer into illegal money laundering. Jin and his co-defendants accepted cash and provided their customers with bank checks, knowing that a portion of such cash constituted drug proceeds. Later, Mr. Zhang and his co-defendants formed shell companies and opened bank accounts to accept funds generated through offshore fraud, converting such funds to cryptocurrency for transfer abroad.

During this time, Jin was working with ███████████████████, providing bank checks in exchange for currency. Clients frequently sought such checks when they wanted to utilize their cash to purchase homes; Jin worked with the clients and accepted their money, while ████████ obtained the bank checks. However, in 2021, Jin found himself $490,000 in debt after ████ issued fraudulent bank checks to a number of their clients, and then disappeared with the cash. Desperate to pay back his debt to the clients, the Defendant began taking larger and more aggressive risks. During this time, Jin was increasing using alcohol and drugs to cope with his stress.

In 2021, Jin began working with a person who was in fact an undercover agent to launder criminal proceeds into cryptocurrency. At first the focus was drug proceeds, but in 2022, the Defendant became increasing involved in laundering fraud proceeds; his involvement included two trips to Cambodia to meet with persons directing offshore fraudulent activity.

Additionally, between May and September of 2022, Jin helped to secure and deliver over 6.8 kilograms of cocaine and 995 grams of MDMA at the request of the FBI's undercover agent.

<u>Arrest and Acceptance of Responsibility</u>

As a result of a joint investigation by the Eastern District of New York and the District of Massachusetts, the Defendant was arrested on October 13th, 2022. Following his arraignment in the Eastern District of New York, Mr. Zhang waived extradition and appeared in the District of Massachusetts. He has remained in custody since his arrest; by the time of sentencing, he will have been in custody for almost 40 months.

Post-arrest, the Defendant sought an opportunity to cooperate, attending numerous, extended proffer sessions  Ultimately, Mr. Zhang was offered the opportunity to cooperate

Over the past 40 months, Mr. Zhang has continued to make himself available to prosecutors ▮▮▮▮▮▮▮▮▮ truthfully responding to all questions posed to him. As this Court is aware, the Defendant recently testified on behalf of the Government against his co-defendant Feng Chen, and was prepared to testify against Xiong Lin before he fled the country. The remaining co-defendants in this District have all pled guilty.

While the Government has yet to complete its 5K1.1 letter, prosecutors ▮▮▮▮▮▮ have assured me that Mr. Zhang has done everything asked of him, and have opined that his cooperation was material.



▮▮▮▮▮▮▮ the Defendant's availability to testify has resulted in guilty pleas by numerous defendants. I expect that the full extent of the Defendant's cooperation will be further detailed in the Government's 5K1.1 submission to the Court.

The Defendant makes no excuses for his conduct. His partner, who he has known for over 20 years, writes "since he was taken into custody, he has been reflecting on himself every day. He has actively studied legal knowledge and come to deeply understand the seriousness of his mistakes. He is filled with deep regret." *See* letter from Qiu Xiang Huang, attached hereto with additional character letters at Exhibit A.

<u>Conduct While Incarcerated</u>

Paragraph 74 of the Presentence Report outlines the Defendant's conduct at Wyatt Detention Facility. Probation writes, "[w]hile being detained at Wyatt Detention Facility, the defendant is employed as a captain crew and as a visitation worker. The defendant has received excellent performance evaluations and has been described as a 'hard worker,' 'a good judge of character,' respectful towards staff and dedicated to his position." Additionally, a transcript obtained from Wyatt indicates that since his arrest, the Defendant has completed 137 courses,

---

[1]    According to recent news accounts, Chen Zhi was arrested on January 6th in Cambodia and extradited to China. *See* https://www.afr.com/world/asia/the-rise-and-fall-of-an-accused-scam-kingpin-20260109-p5nsyc.

obtaining high marks in all.  We also have attached a letter from M. Nessinger, Warden at the Wyatt Detention Center, confirming Probation's statements.  The Warden also enclosed two recently-issued certificates not listed on the Defendant's transcript.  *See* attached transcripts, correspondence and certificates, attached hereto as Exhibit B.

## The Presentence Report

I have reviewed the Presentence Report with the Defendant, including the guidelines calculation.  We have no objections to the PSR.  We apologize for the failure to provide Officer Patten with the Defendant's financial report in a timely fashion.  We are presently finalizing that report and will furnish a copy to Probation and the Court when complete.

## Request for a Below-Guidelines Sentence

In accordance with the Government's application in the instant matter, defense counsel respectfully asks the Court to impose a below Guidelines sentence under U.S.S.G. § 5K1.1, based upon the Defendant's substantial assistance to the Government.  In considering the appropriateness of a below-Guidelines sentence under § 5K1.1, the Sentencing Guidelines provide that the Court should consider:

> (1) the court's evaluation of the significance and usefulness of the defendant's assistance, taking into consideration the government's evaluation of the assistance rendered;

> (2) the truthfulness, completeness, and reliability of any information or testimony provided by the defendant;

> (3) the nature and extent of the defendant's assistance;

> (4) any injury suffered, or any danger or risk of injury to the defendant or his family resulting from his assistance;

> (5) the timeliness of the defendant's assistance.

By any one of these standards, the Defendant's cooperation in this case has been extraordinary.  Mr. Zhang began cooperating very quickly following his arrest.  He has at all times been completely forthright with prosecutors.  And his cooperation, ███████████ ███████ has assisted in the prosecution of more than twenty targets.  In this District, he helped prosecutors obtain guilty pleas from nine individuals, while publicly testifying at trial ████████████████████████████████████████████████ ████████

<u>Conclusion</u>

I am aware of the serious nature of the Defendants' conduct, and in no way am I attempting to minimize his conduct. I would, however, ask this Court to consider such conduct in the broader context of the Defendant's life, and the relatively short period over which such crimes took place. Since he graduated from high school, Mr. Zhang has always worked. Prior to this offense conduct, the Defendant rose through sheer determination and hard work, starting off as an itinerant busboy and saving his money to become a small business owner. He has always been dedicated to his family, and were it not for the COVID pandemic, he might never have strayed from that path.

This is not to say that the Defendant's conduct can be justified or excused by COVID – it is obviously true that many others in this country lost their savings and their livelihood without resorting to criminality. Nevertheless, it is clear that the pandemic did play a major role in altering the trajectory of Mr. Zhang's heretofore law-abiding life.

The Defendant profoundly regrets the decisions he made which led him to this juncture. He has consistently accepted responsibility for such conduct and feels genuine remorse; Mr. Zhang often speaks about the terrible example he set for his children. This honest sense of remorse is reflected by the Defendant's post-arrest conduct, including his timely acceptance of responsibility and his cooperation with prosecutors. Likewise, the Defendant's post-arrest conduct at Wyatt Detention Facility is admirable, demonstrating that he is prepared to reenter society and resume his role as a productive, law-abiding citizen.

By the time Mr. Zhang stands before Your Honor, he will have been in custody for thirty-nine months and 30 days. For all of the foregoing reasons, we are respectfully asking this Court to sentence Mr. Zhang to time served.

Respectfully submitted,

*/s/ Stephen P. Scaring*

Stephen P. Scaring, Esq.

Exhibit  A: Character Letters

尊敬的Angel Kelley法官,

您好, 我是黄秋香, 是章金华的女朋友, 我怀着无比沉重和恳切的心情写下这封信, 希望能为章金华向您表达我们最深的悔过之情, 最诚恳的祈求。

我与章金华相识至今有20余年. 我们育有一男一女, 他是一个善良, 有责任心, 孝顺父母的人。他非常疼爱孩子. 每次孩子的要求. 他都会尽量满足, 把孩子的教育放在第一位, 总会给孩子们讲一些做人的道理. 对父母 , 他都尽力让父母不要太多的超心, 可以安享晚年, 对我来说 , 在生活和工作上, 他总能帮我排除一切的烦恼. 给我满满的安全感. 对待朋友, 他的真诚. 信任. 支持竹都对他称赞、好评.

自从他进入看守所以来. 每天都在反思自己, 他积 极学习法律知识. 深刻认识到自己错误的严重性, 追悔莫及. 三年时间, 孩子们一天天的长大. 多么渴望爸爸 能早点回来. 能够像正常家庭一样, 有欢声笑语, 每次的父亲节:爸爸卸席他们的活动, 心情都会很沮丧, 看到别 的孩子有爸了陪伴, 都心生羡慕.

法律是威严是公正的. 我们绝对尊重法律的判 决, 恳请法官可以让章金华早日董获自由和家人 孩子们团聚.

此致
敬礼！

黄秋香

Honorable Judge Angel Kelley,

Greeting, I am Qiuxiang Huang, Jinhua Zhang's girlfriend. With a heart full of deep sorrow and earnestness, I am writing this letter in the hope of expressing our deepest remorse and most sincere plea on behalf of Jinhua Zhang.

Jinhua Zhang and I have known each other for over 20 years. We have a son and a daughter together. He is a kind, responsible man who is devoted to his parents. He loves our children deeply. He always tries his best to meet their needs and puts their education first, often teaching them important values about life and how to be a good person. When it comes to his parents, he did everything he could to ease their worries so they can enjoy their old age in peace. As for me, whether in daily life or work, he always helps me overcome my troubles and gives me a strong sense of security. He treats his friends with sincerity, trust, and support; and because of this, everyone around him speaks highly of him and praises his character.

Since he was taken into custody, he has been reflecting on himself every day. He has actively studied legal knowledge and come to deeply understand the seriousness of his mistakes. He is filled with deep regret. Over these past three years, our children have been growing up day by day, longing so much for their father to come home sooner. They wish for a normal family life, filled with laughter and joy. Every Father's Day, when their dad is absent from their activities, their spirits sink. Seeing other children accompanied by their father fill them with envy.

The law is solemn and just, and we fully respect its judgment. We sincerely plead with Your Honor to allow Jinhua Zhang to regain his freedom as soon as possible and be reunited with his family and children.

Respectfully,
Qiuxiang Huang

Honorable Judge Angel Kelley,

I am Nenmei Zeng, Jinhua Zhang's mother.

Jinhua Zhang has always been a filial and sensible child. He began learning auto repair at the age of 16, and later worked at his father's quarry. He was always seen by others as a smart and hardworking young man.

During his time in the detention center, he has been studying the law and earnestly reforming himself. He has come to truly recognize his mistakes and is filled with remorse. Through this period of education and reflection, he now understands the vital role he plays as both a son and a father within our family.

I sincerely plead with Your Honor to allow him to reunite with his family as soon as possible.

Respectfully,
Nenmei Zeng

Honorable Judge  Angel Kelley

Greeting,My name is Chen Aiming. I live at 82 holten Ave,  staten Island.NY, and I operate a nail salon called U Nail Spa. I have known Mr. Jinhua Zhang for approximately ten years, and I write to offer a brief character statement for the court .

In my personal experience over the past ten years, Mr. Zhang has been a person of good character. He is polite, sincere, and generally thoughtful toward others. He is also family-oriented and has shown a strong sense of responsibility toward his elderly parents, wife, and child. His family is hoping to be reunited with him.
 I ask the Court to consider these circumstances when imposing a sentence and to show mercy where the law allows. Thank you for your time and consideration.

Respectfully

Aiming Chen

Friend:Chen Aiming

Exhibit  B: Detention Records

# Transcript for JIN ZHANG

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A Student Guide to Drug and Alcohol Abuse | E-Learning Course | Jun 12, 2024 | Jun 12, 2024 | 0.05 | 0.50 | Passed | 0 | - | Jun 12, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Accessibility | E-Learning Course | Jun 23, 2024 | Jun 23, 2024 | 0.05 | 0.50 | Passed | 90 | - | Jun 23, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Adapting to Change | E-Learning Course | Jun 11, 2024 | Jun 11, 2024 | 0.05 | 0.50 | Passed | 0 | - | Jun 11, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Advanced Interpersonal Communication: Building Relationships Through Feedback | E-Learning Course | Jun 11, 2024 | Jun 11, 2024 | 0.08 | 0.75 | Passed | 100 | - | Jun 11, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Advanced Interpersonal Communication: Colleagues and Subordinates | E-Learning Course | Jun 11, 2024 | Jun 11, 2024 | 0.05 | 0.50 | Passed | 80 | - | Jun 11, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Advanced Interpersonal Communication: Communication Styles and Methods | E-Learning Course | Jun 11, 2024 | Jun 11, 2024 | 0.08 | 0.75 | Passed | 100 | - | Jun 11, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Advanced Interpersonal Communication: Communication Styles and Methods | E-Learning Course | Jun 11, 2024 | Jun 11, 2024 | 0.08 | 0.75 | Passed | 100 | - | Jun 11, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Advanced Interpersonal Communication: Customers and Vendors | E-Learning Course | Jun 11, 2024 | Jun 11, 2024 | 0.05 | 0.50 | Passed | 100 | - | Jun 11, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Advanced Interpersonal Communication: First Impressions and Building Rapport | E-Learning Course | Jun 11, 2024 | Jun 11, 2024 | 0.07 | 0.67 | Passed | 80 | - | Jun 11, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Advanced Interpersonal Communication: Supervisors | E-Learning Course | Jun 11, 2024 | Jun 11, 2024 | 0.08 | 0.75 | Passed | 100 | - | Jun 11, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Affordable Care Act (ACA) Basics for Business Owners (Corrections) | E-Learning Course | Jun 24, 2024 | Jun 24, 2024 | 0.03 | 0.34 | Passed | 80 | - | Jun 24, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Anger Management | E-Learning Course | Jun 24, 2024 | Jun 24, 2024 | 0.1 | 1.00 | Passed | 100 | - | Jun 24, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Another Look | E-Learning Course | Jul 1, 2024 | Jul 1, 2024 | 0 | 0.25 | In Progress | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Anti-Discrimination Law: A Primer for Small Businesses | E-Learning Course | Jun 24, 2024 | Jun 24, 2024 | 0.08 | 0.75 | Passed | 0 | 80 | Jun 24, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Basic Computer Skills | E-Learning Course | Jun 30, 2024 | Jul 1, 2024 | 0.15 | 1.50 | Passed | 100 | - | Jul 1, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Basic First Aid | E-Learning Course | Jul 1, 2024 | Jul 1, 2024 | 0.1 | 1.00 | Passed | 90 | - | Jul 1, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Bed Bug Protection Tips | E-Learning Course | Jun 11, 2024 | Jun 11, 2024 | 0.05 | 0.50 | Passed | 88 | - | Jun 11, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Beginning a New Career | E-Learning Course | Jun 11, 2024 | Jun 11, 2024 | 0.05 | 0.50 | Passed | 80 | - | Jun 11, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Beyond Email | E-Learning Course | Jul 1, 2024 | Jul 1, 2024 | 0.1 | 1.00 | Passed | 100 | - | Jul 1, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Budgeting: Budgeting Fundamentals | E-Learning Course | Jun 28, 2024 | Jul 1, 2024 | 0.13 | 1.33 | Passed | 100 | - | Jul 1, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Budgeting: Variances, Forecasts, and Action Plans | E-Learning Course | Jun 30, 2024 | Jun 30, 2024 | 0.08 | 0.75 | Passed | 100 | - | Jun 30, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Business Communication | E-Learning Course | Jun 18, 2024 | Jun 18, 2024 | 0.1 | 1.00 | Passed | 80 | - | Jun 18, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Business Ethics: Ethical Decisions | E-Learning Course | Jun 30, 2024 | Jun 30, 2024 | 0.17 | 1.67 | Passed | 100 | - | Jun 30, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Business Ethics: Managerial Ethics | E-Learning Course | Jun 30, 2024 | Jun 30, 2024 | 0.13 | 1.34 | Passed | 80 | - | Jun 30, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Business Ethics: Organizational Ethics | E-Learning Course | Jun 30, 2024 | Jun 30, 2024 | 0.15 | 1.50 | Passed | 0 | - | Jun 30, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Business Ethics: Unethical Behavior | E-Learning Course | Jun 30, 2024 | Jun 30, 2024 | 0.1 | 1.00 | Passed | 100 | - | Jun 30, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Business Ethics: Whistle-Blowing | E-Learning Course | Jun 30, 2024 | Jun 30, 2024 | 0.08 | 0.75 | Passed | 0 | - | Jun 30, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Career Planning and Salary | E-Learning Course | Jul 1, 2024 | Jul 1, 2024 | 0.1 | 1.00 | Passed | 86 | - | Jul 1, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Careers Without College | E-Learning Course | Jun 18, 2024 | Jun 18, 2024 | 0.1 | 1.00 | Passed | 100 | - | Jun 18, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Chainsaw Safety | E-Learning Course | Jun 18, 2024 | Jun 18, 2024 | 0.05 | 0.50 | Passed | 100 | - | Jun 18, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Coaching: Interpersonal Meetings | E-Learning Course | Jun 21, 2024 | Jun 21, 2024 | 0.08 | 0.75 | Passed | 100 | - | Jun 21, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Cognitive Awareness | E-Learning Course | Jun 18, 2024 | Jun 19, 2024 | 0.1 | 1.00 | Passed | 0 | - | Jun 19, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Combating Sexual Harassment in the Workplace (Corrections) | E-Learning Course | Jun 18, 2024 | Jun 18, 2024 | 0.1 | 1.00 | Passed | 0 | - | Jun 18, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Construction Hazards | E-Learning Course | Jul 1, 2024 | Jul 1, 2024 | 0.05 | 0.50 | Passed | 86 | - | Jul 1, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Construction Safety & Prevention Program: CSIP Introduction | E-Learning Course | Jun 18, 2024 | Jun 18, 2024 | 0.03 | 0.25 | Passed | 90 | - | Jun 18, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Construction Safety & Prevention Program: Disciplinary Policy Employer Responsibility | E-Learning Course | Jun 18, 2024 | Jun 18, 2024 | 0.05 | 0.50 | Passed | 100 | - | Jun 18, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Construction Safety & Prevention Program: Emergency Planning Response Procedures | E-Learning Course | Jun 18, 2024 | Jun 18, 2024 | 0.05 | 0.50 | Passed | 90 | - | Jun 18, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Construction Safety & Prevention Program: Hazard Identification Plan | E-Learning Course | Jun 18, 2024 | Jun 18, 2024 | 0.05 | 0.50 | Passed | 80 | - | Jun 18, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Construction Safety & Prevention Program: Incident Investigation Procedure | E-Learning Course | Jul 1, 2024 | Jul 1, 2024 | 0.05 | 0.50 | Passed | 90 | - | Jul 1, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Construction Safety & Prevention Program: Leadership Commitment to Operational Safety | E-Learning Course | Jul 1, 2024 | Jul 1, 2024 | 0.03 | 0.25 | Passed | 100 | - | Jul 1, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Construction Safety & Prevention Program: OSHA Inspections | E-Learning Course | Jul 1, 2024 | Jul 1, 2024 | 0.05 | 0.50 | Passed | 90 | - | Jul 1, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Construction Safety & Prevention Program: Worker Rights Anti-Retaliation | E-Learning Course | Jul 1, 2024 | Jul 1, 2024 | 0.03 | 0.25 | Passed | 90 | - | Jul 1, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Correcting Performance Problems: Providing Feedback To Employees | E-Learning Course | Jun 21, 2024 | Jun 21, 2024 | 0.08 | 0.84 | Passed | 100 | - | Jun 21, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Cover Letters | E-Learning Course | Jun 18, 2024 | Jun 18, 2024 | 0.1 | 1.00 | Passed | 100 | - | Jun 18, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Creativity | E-Learning Course | Jun 18, 2024 | Jun 18, 2024 | 0.05 | 0.50 | Passed | 100 | - | Jun 18, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Cultural Competence (Corrections) | E-Learning Course | Jun 18, 2024 | Jun 18, 2024 | 0.03 | 0.33 | Passed | 0 | - | Jun 18, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Customer Service: Using What You've Learned (Corrections) | E-Learning Course | Jun 21, 2024 | Jun 21, 2024 | 0.03 | 0.25 | Passed | 100 | - | Jun 21, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Drug-Free Workplace | E-Learning Course | Jun 18, 2024 | Jun 18, 2024 | 0.05 | 0.50 | Passed | 100 | - | Jun 18, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| E-Mail Etiquette: Netiquette Guidelines | E-Learning Course | Jun 21, 2024 | Jun 21, 2024 | 0.05 | 0.50 | Passed | 80 | - | Jun 21, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Effective Health and Safety Committees | E-Learning Course | Jul 1, 2024 | Jul 1, 2024 | 0.1 | 1.00 | Passed | 100 | - | Jul 1, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Egress, Fire Prevention, & Fire Protection | E-Learning Course | Jul 1, 2024 | Jul 1, 2024 | 0.07 | 0.65 | Passed | 80 | - | Jul 1, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Electrical Safety for the Non-Electrical Skilled Worker | E-Learning Course | Jun 14, 2024 | Jun 14, 2024 | 0.03 | 0.25 | Passed | 100 | - | Jun 14, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Ergonomics | E-Learning Course | Jul 1, 2024 | Jul 1, 2024 | 0.08 | 0.75 | Passed | 89 | - | Jul 1, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Ergonomics for Food Service and Retail | E-Learning Course | Jun 12, 2024 | Jun 12, 2024 | 0.05 | 0.50 | Passed | 100 | - | Jun 12, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Ergonomics for General Industry: Making the Work Fit the Worker | E-Learning Course | Jun 18, 2024 | Jun 18, 2024 | 0.05 | 0.50 | Passed | 90 | - | Jun 18, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Forklift: Material Handling | E-Learning Course | Jun 12, 2024 | Jun 12, 2024 | 0.08 | 0.75 | Passed | 91 | - | Jun 12, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Freelance Work | E-Learning Course | Jun 18, 2024 | Jun 18, 2024 | 0.05 | 0.50 | Passed | 83 | - | Jun 18, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Get in the Herd - Recovery Podcast - Mandie Brando | E-Learning Course | Jun 30, 2024 | Jun 30, 2024 | 0 | 1.00 | Complete | - | 0 | Jun 30, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Get in the Herd - Recovery Podcast - Moses Wright | E-Learning Course | Jun 30, 2024 | Jun 30, 2024 | 0 | 1.00 | Complete | - | 0 | Jun 30, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Get in the Herd - Recovery Podcast - Tammie Hagen | E-Learning Course | Jun 30, 2024 | Jun 30, 2024 | 0 | 1.00 | Complete | - | 0 | Jun 30, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Get in the Herd - Recovery Podcast -Brandon Novak-Cricket speaks from Henrico East Jail | E-Learning Course | Jun 30, 2024 | Jun 30, 2024 | 0 | 1.00 | Complete | - | 0 | Jun 30, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Hand and Power Tool Safety Awareness | E-Learning Course | Jun 12, 2024 | Jun 12, 2024 | 0.03 | 0.34 | Passed | 100 | - | Jun 12, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Hazardous Materials | E-Learning Course | Jun 14, 2024 | Jun 14, 2024 | 0.05 | 0.50 | Passed | 100 | - | Jun 14, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Health and Safety in the Laboratory | E-Learning Course | Jun 14, 2024 | Jun 14, 2024 | 0.08 | 0.75 | Passed | 80 | - | Jun 14, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Heat Illness | E-Learning Course | Jun 14, 2024 | Jun 14, 2024 | 0.08 | 0.75 | Passed | 100 | - | Jun 14, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Honest Jobs | E-Learning Course | Jun 24, 2024 | Jun 24, 2024 | 0.03 | 0.25 | Passed | 0 | - | Jun 24, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Incident Command System ICS-100 | E-Learning Course | Jun 12, 2024 | Jun 12, 2024 | 0.05 | 0.50 | Passed | 90 | - | Jun 12, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Indoor Air Quality | E-Learning Course | Jul 1, 2024 | Jul 1, 2024 | 0.1 | 1.00 | Passed | 90 | - | Jul 1, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Internet Safety | E-Learning Course | Jun 24, 2024 | Jun 24, 2024 | 0.1 | 1.00 | Passed | 90 | - | Jun 24, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Interviewing Skills | E-Learning Course | Jun 24, 2024 | Jun 24, 2024 | 0.1 | 1.00 | Passed | 100 | - | Jun 24, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Introduction and Understanding of OSHA | E-Learning Course | Jun 16, 2024 | Jun 16, 2024 | 0.08 | 0.75 | Passed | 91 | - | Jun 16, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Introduction to Gmail | E-Learning Course | Jun 24, 2024 | Jun 28, 2024 | 0.1 | 1.00 | Passed | 88 | - | Jun 28, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Job Success | E-Learning Course | Jun 24, 2024 | Jun 24, 2024 | 0.1 | 1.00 | Passed | 80 | - | Jun 24, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Lightning Safety Awareness | E-Learning Course | Jun 12, 2024 | Jun 12, 2024 | 0.05 | 0.50 | Passed | 90 | - | Jun 12, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Lockout-Tagout: Control of Hazardous Energy | E-Learning Course | Jun 16, 2024 | Jun 16, 2024 | 0.05 | 0.50 | Passed | 100 | - | Jun 16, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Making Your Home A Safer Place | E-Learning Course | Jun 16, 2024 | Jun 16, 2024 | 0.08 | 0.75 | Passed | 100 | - | Jun 16, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Managerial Leadership: Employing Motivational Strategies | E-Learning Course | Jun 21, 2024 | Jun 21, 2024 | 0.05 | 0.50 | Passed | 100 | - | Jun 21, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Managing Performance: Appraising Employee Performance | E-Learning Course | Jun 28, 2024 | Jun 28, 2024 | 0.17 | 1.67 | Passed | 90 | - | Jun 28, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Managing Performance: Legal Appraisals | E-Learning Course | Jun 28, 2024 | Jun 28, 2024 | 0.08 | 0.84 | Passed | 100 | - | Jun 28, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Managing Performance: Performance Management Basics | E-Learning Course | Jun 28, 2024 | Jun 28, 2024 | 0.1 | 1.00 | Passed | 100 | - | Jun 28, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Managing Performance: Performance-Planning Meetings | E-Learning Course | Jun 28, 2024 | Jun 28, 2024 | 0.12 | 1.17 | Passed | 100 | - | Jun 28, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Manual Materials Handling | E-Learning Course | Jun 16, 2024 | Jun 16, 2024 | 0.05 | 0.50 | Passed | 100 | - | Jun 16, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Media and Social Media Best Practices | E-Learning Course | Jun 21, 2024 | Jun 21, 2024 | 0.03 | 0.25 | Passed | 100 | 90 | Jun 21, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Medication Safety Basics | E-Learning Course | Jun 16, 2024 | Jun 16, 2024 | 0.05 | 0.50 | Passed | 90 | - | Jun 16, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Mobile Equipment | E-Learning Course | Jun 14, 2024 | Jun 14, 2024 | 0.05 | 0.50 | Passed | 100 | - | Jun 14, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Mold Safety Awareness | E-Learning Course | Jun 12, 2024 | Jun 12, 2024 | 0.05 | 0.50 | Passed | 100 | - | Jun 12, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Motivation and Inspiration for Incarceration to Recovery | E-Learning Course | Jun 30, 2024 | Jun 30, 2024 | 0 | 0.47 | Complete | - | 0 | Jun 30, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Motivation and Inspiration for Incarceration to Recovery with Jesse Trav and Walter | E-Learning Course | Jun 24, 2024 | Jun 24, 2024 | 0 | 0.20 | Complete | - | 0 | Jun 24, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Motivation: Identifying, Planning, and Implementing: The Core Four | E-Learning Course | Jun 30, 2024 | Jun 30, 2024 | 0.1 | 1.00 | Passed | 86 | - | Jun 30, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Motivation: Identifying, Planning, and Implementing: Using What You've Learned (Corrections) | E-Learning Course | Jun 28, 2024 | Jun 28, 2024 | 0.05 | 0.50 | Passed | 100 | - | Jun 28, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| NIEHS Driving Hazard Awareness | E-Learning Course | Jun 11, 2024 | Jun 11, 2024 | 0.02 | 0.17 | Passed | 100 | - | Jun 11, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Offender Corrections | E-Learning Course | Jul 1, 2024 | Jul 1, 2024 | 0.1 | 1.00 | Passed | 0 | - | Jul 1, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Office Safety and Health | E-Learning Course | Jun 12, 2024 | Jun 12, 2024 | 0.05 | 0.50 | Passed | 100 | - | Jun 12, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Online Money Tips | E-Learning Course | Jul 1, 2024 | Jul 1, 2024 | 0.1 | 1.00 | Passed | 100 | - | Jul 1, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Organizational Communication: Power, Politics, and Diversity | E-Learning Course | Jun 21, 2024 | Jun 21, 2024 | 0.08 | 0.75 | Passed | 100 | - | Jun 21, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Organizational Communication: Relational Context and Organizations | E-Learning Course | Jun 21, 2024 | Jun 21, 2024 | 0.08 | 0.75 | Passed | 80 | - | Jun 21, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Organizational Communication: Technology in the Workplace | E-Learning Course | Jun 21, 2024 | Jun 21, 2024 | 0.08 | 0.84 | Passed | 100 | - | Jun 21, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Outdoor Personal Protective Equipment (PPE) | E-Learning Course | Jun 16, 2024 | Jun 16, 2024 | 0.05 | 0.50 | Passed | 100 | - | Jun 16, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Overview of Enforcement for Occupational Exposure to Tuberculosis (TB) | E-Learning Course | Jun 16, 2024 | Jun 16, 2024 | 0.05 | 0.50 | Passed | 90 | - | Jun 16, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Part-time Jobs | E-Learning Course | Jun 24, 2024 | Jun 24, 2024 | 0.05 | 0.50 | Passed | 100 | - | Jun 24, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Planning for Emergencies (Corrections) | E-Learning Course | Jun 23, 2024 | Jun 23, 2024 | 0.05 | 0.50 | In Progress | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Preparing Workplaces for Pandemic Flu | E-Learning Course | Jun 14, 2024 | Jun 14, 2024 | 0.03 | 0.25 | Passed | 90 | - | Jun 14, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Preventing Cuts, Scrapes, and Punctures | E-Learning Course | Jun 12, 2024 | Jun 12, 2024 | 0.03 | 0.25 | Passed | 100 | - | Jun 12, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Preventing Slips, Trips and Falls: A Training Program for Small Business (Corrections) | E-Learning Course | Jun 17, 2024 | Jun 17, 2024 | 0.07 | 0.67 | Complete | 0 | - | Jun 17, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Preventing Violence at the Workplace | E-Learning Course | Jun 14, 2024 | Jun 14, 2024 | 0.05 | 0.50 | Passed | 100 | - | Jun 14, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Preventing Violence at the Workplace - Retail | E-Learning Course | Jun 16, 2024 | Jun 16, 2024 | 0.05 | 0.50 | Passed | 82 | - | Jun 16, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Quality Management: A Path for Change | E-Learning Course | Jun 21, 2024 | Jun 21, 2024 | 0.07 | 0.67 | Passed | 100 | - | Jun 21, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Quality Management: Causes Of Problems | E-Learning Course | Jun 21, 2024 | Jun 21, 2024 | 0.07 | 0.67 | Passed | 82 | - | Jun 21, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Quality Management: Customer Orientation | E-Learning Course | Jun 21, 2024 | Jun 21, 2024 | 0.08 | 0.75 | Passed | 100 | - | Jun 21, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Quality Management: Fundamentals Of Quality Management | E-Learning Course | Jun 23, 2024 | Jun 23, 2024 | 0.05 | 0.50 | Passed | 100 | - | Jun 23, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Quality Management: Ideas and Organization | E-Learning Course | Jun 23, 2024 | Jun 23, 2024 | 0.08 | 0.84 | Passed | 80 | - | Jun 23, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Quality Management: Implementing Quality Changes | E-Learning Course | Jun 23, 2024 | Jun 23, 2024 | 0.07 | 0.67 | Passed | 91 | - | Jun 23, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Quality Management: Preparing to Change Processes | E-Learning Course | Jun 23, 2024 | Jun 23, 2024 | 0.08 | 0.75 | Passed | 100 | - | Jun 23, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Quality Management: The Costs Of Quality | E-Learning Course | Jun 23, 2024 | Jun 23, 2024 | 0.05 | 0.50 | Passed | 88 | - | Jun 23, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Real Vida TV: 01 - Interview With Bizzle | E-Learning Course | Jun 19, 2024 | Jun 19, 2024 | 0 | 0.00 | Complete | - | 0 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Real Vida TV: 03 - What's Holding You Back | E-Learning Course | Jun 19, 2024 | Jun 19, 2024 | 0 | 0.00 | Complete | - | 0 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Real Vida TV: 05 - Simon, Peter and Growing Up | E-Learning Course | Jun 19, 2024 | Jun 19, 2024 | 0 | 0.00 | Complete | - | 0 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Real Vida TV: 06 - The Fastest Pastor | E-Learning Course | Jun 19, 2024 | Jun 19, 2024 | 0 | 0.00 | Complete | - | 0 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Real Vida TV: 07 - We Do A Little Praise (Music Edition 2) | E-Learning Course | Jun 19, 2024 | Jun 19, 2024 | 0 | 0.00 | Complete | - | 0 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Real Vida TV: 08 - About Us | E-Learning Course | Jun 19, 2024 | Jun 19, 2024 | 0 | 0.00 | Complete | - | 0 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Real Vida TV: 09 - Day of Prisoner Prayer | E-Learning Course | Jun 23, 2024 | Jun 23, 2024 | 0 | 0.00 | Complete | - | 0 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Real Vida TV: 102-Purpose | E-Learning Course | Jun 21, 2024 | Jun 21, 2024 | 0 | 0.00 | Complete | - | 0 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Real Vida TV: 103-About That Vida | E-Learning Course | Jun 21, 2024 | Jun 21, 2024 | 0 | 0.00 | Complete | - | 0 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Real Vida TV: 106-Raise the Standard | E-Learning Course | Jun 23, 2024 | Jun 23, 2024 | 0 | 0.00 | Complete | - | 0 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Real Vida TV: 107-Inside Job | E-Learning Course | Jun 21, 2024 | Jun 21, 2024 | 0 | 0.00 | Complete | - | 0 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Real Vida TV: 107-Inside Job | E-Learning Course | Jun 21, 2024 | Jun 21, 2024 | 0 | 0.00 | Complete | - | 0 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Real Vida TV: 111-Get Stupid | E-Learning Course | Jun 21, 2024 | Jun 21, 2024 | 0 | 0.00 | Complete | - | 0 | Jun 21, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Real Vida TV: 115 - Hope | E-Learning Course | Jul 1, 2024 | Jul 1, 2024 | 0 | 0.00 | Complete | - | 0 | Jul 1, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Real Vida TV: 13 - Hungry For More | E-Learning Course | Jun 23, 2024 | Jun 23, 2024 | 0 | 0.00 | Complete | - | 0 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Real Vida TV: 14 - Shotgun Prayers - Be the Church | E-Learning Course | Jun 21, 2024 | Jun 21, 2024 | 0 | 0.00 | Complete | - | 0 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Real Vida TV: 15 - Tiny But Intimidating | E-Learning Course | Jun 21, 2024 | Jun 21, 2024 | 0 | 0.00 | Complete | - | 0 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Real Vida TV: 16 - Broken Grace | E-Learning Course | Jun 21, 2024 | Jun 21, 2024 | 0 | 0.00 | Complete | - | 0 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Real Vida TV: 18 - Back From the Dead | E-Learning Course | Jun 23, 2024 | Jun 23, 2024 | 0 | 0.00 | Complete | - | 0 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Reducing Foodborne Illness Risk Factors in Food Service and Retail Establishments | E-Learning Course | Jun 16, 2024 | Jun 16, 2024 | 0.05 | 0.50 | Passed | 100 | - | Jun 16, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Respiratory Protection Awareness | E-Learning Course | Jun 16, 2024 | Jun 16, 2024 | 0.05 | 0.50 | Passed | 100 | - | Jun 16, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Respiratory Protection Standard | E-Learning Course | Jun 16, 2024 | Jun 16, 2024 | 0.08 | 0.75 | Passed | 100 | - | Jun 16, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Safe Lifting Practices and Manual Material Handling (Corrections) | E-Learning Course | Jun 17, 2024 | Jun 18, 2024 | 0.08 | 0.75 | Passed | 90 | - | Jun 18, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Safe Patient Handling | E-Learning Course | Jun 16, 2024 | Jun 16, 2024 | 0.05 | 0.50 | Passed | 90 | - | Jun 16, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Safe Patient Handling | E-Learning Course | Jun 16, 2024 | Jun 16, 2024 | 0.05 | 0.50 | Passed | 90 | - | Jun 16, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Safe Vehicle Operation | E-Learning Course | Jun 18, 2024 | Jun 18, 2024 | 0.05 | 0.50 | Passed | 80 | - | Jun 18, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Safety Training for Supervisors | E-Learning Course | Jul 1, 2024 | Jul 1, 2024 | 0.08 | 0.75 | Passed | 86 | - | Jul 1, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Sanitation and Hygiene | E-Learning Course | Jul 1, 2024 | Jul 1, 2024 | 0.03 | 0.25 | Passed | 90 | - | Jul 1, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| SARS: Protecting Workers | E-Learning Course | Jul 1, 2024 | Jul 1, 2024 | 0.02 | 0.17 | Passed | 100 | - | Jul 1, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| The Globally Harmonized System (GHS) for Hazard Classification and Labeling | E-Learning Course | Jun 16, 2024 | Jun 16, 2024 | 0.03 | 0.25 | Passed | 100 | - | Jun 16, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| The NoFEAR Act (Corrections) | E-Learning Course | Jun 23, 2024 | Jun 23, 2024 | 0.03 | 0.25 | Passed | 90 | - | Jun 23, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| The Safe Food Handler | E-Learning Course | Jun 16, 2024 | Jun 16, 2024 | 0.05 | 0.50 | Passed | 80 | - | Jun 16, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Train-the-Trainer: Training Methods (Corrections) | E-Learning Course | Jun 23, 2024 | Jun 23, 2024 | 0 | 0.25 | Complete | 0 | - | Jun 23, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Understanding the Basic Concepts of HIPAA | E-Learning Course | Jun 24, 2024 | Jun 24, 2024 | 0.08 | 0.75 | Passed | 92 | - | Jun 24, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Welcome to the CypherWorx LCMS - ViaPath | E-Learning Course | Jun 11, 2024 | Jun 11, 2024 | 0 | 0.25 | Complete | 0 | - | Jun 11, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Wellness Programs (Corrections) | E-Learning Course | Jun 24, 2024 | Jun 24, 2024 | 0.05 | 0.50 | Passed | 100 | - | Jun 24, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| What's Bugging You? Communicable Diseases | E-Learning Course | Jun 16, 2024 | Jun 16, 2024 | 0.02 | 0.17 | Passed | 90 | - | Jun 16, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Writing Skills | E-Learning Course | Jun 28, 2024 | Jun 28, 2024 | 0.05 | 0.50 | Passed | 100 | - | Jun 28, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |

# CENTRAL FALLS
## DETENTION FACILITY CORPORATION

January 12, 2026

Attorney Stephen P. Scaring
666 Old Country Rd. Ste. 501
Garden City, NY  11530

Re:    Jin Zhang
       D.O.B   1/15/1987
       USMS#  26580-510

Dear Attorney Scaring,

Please be advised, Mr. Zhang was received at the Donald W. Wyatt Detention Facility on November 21, 2023.  He is being held currently for the United States Marshals Service, District of Massachusetts.

Mr. Zhang is currently participating in the Detainee Worker Program as a cleaner from February 2024 through June 20, 2025 and then moved to a Captains Crew worker starting June 25, 2025. Mr. Zhang has completed several programs to include Rational Thinking and Criminal Lifestyles his certificates are attached.

Mr. Zhang has been disciplinary infraction free

If you should have any questions feel free to contact my office at (401)721-0313.

Sincerely,

*M. Nessinger*

M. Nessinger
Warden

MN/ab



# CERTIFICATE *of* COMPLETION

PRESENTED TO

## JIN ZHANG

26580-510

HAS SUCCESSFULLY COMPLETED THE

### *Rational Thinking*

At The Donald W. Wyatt Detention Facility

L.Jimenez
Programs Director
December 2025



# CERTIFICATE *of* COMPLETION

PRESENTED TO

## JIN ZHANG
26580-510

HAS SUCCESSSFULLY COMPLETED THE

### *Criminal Lifestyles*

At The Donald W. Wyatt Detention Facility

L. Jimenez
Programs Director
January 2026